DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEATRIZ CHALMETA,** et al.,
Appellant,

v.

**WACHOVIA MORTGAGE, F.S.B.** f/k/a **WORLD SAVINGS BANK, F.S.B.,**
Appellee.

No. 4D22-0836

[December 22, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE09-063847.

Robin F. Hazel of Hazel Law, P.A., Hollywood, for appellant.

Charles P. Gufford of McCalla Raymer Leibert Pierce, LLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***